JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO FONSECA, JR., | CASE NO. CV 15-6084-PJW |
| Petitioner, | |
| | J U D G M E N T |
| v. | |
| STUART SHERMAN, WARDEN, | |
| Respondent. | |

Pursuant to the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 13, 2017.

*[signature: Patrick J. Walsh]*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\FONSECA, G 6084\Judgment.wpd